## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 West Fifth Street, 48th Floor, Los Angeles, California 90013. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On April 19, 2023, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

## WAIVER OF SERVICE OF SUMMONS

in a sealed envelope, postage fully paid, addressed as follows:

*Please see attached Service List.*

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 19, 2023, at Los Angeles, California.

_____
Hadiss Calderon

Service List

William M. Nolan, Esq.  
General Counsel  
**Office for Civil Affairs**  
**Diocese of San Diego**  
3888 Paducah Drive  
San Diego, CA 92117

Attorney for Defendants

Tel.:   (858) 490-8259  
Fax:   (858) 490-8340  
Email:  wnolan@sdcatholic.org