AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | |
|---|---|
| The Catholic Mutual Relief Society of America, et al. <br> *Plaintiff* <br> v. <br> The Roman Catholic Diocese of San Diego <br> *Defendant* | Case No. 3:23-cv-00405 |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Defendant

Defendant The Roman Catholic Bishop of San Diego, erroneously sued as The Roman Catholic Diocese of San Diego.

Date:  05/10/2023

/s/ David A. Thomas
*Attorney's signature*

David A. Thomas - SBN 215367
*Printed name and bar number*

Blank Rome LLP
2029 Century Park East, 6th Floor
Los Angeles, CA  90067
*Address*

david.thomas@blankrome.com
*E-mail address*

(424) 239-3400
*Telephone number*

(424) 239-3434
*FAX number*