1  BLANK ROME LLP
   David A. Thomas (SBN 215367)
2  2029 Century Park East, 6th Floor
   Los Angeles, CA 90067
3  Telephone: (424) 239-3400
   Facsimile: (424) 239-3434
4
5  *Attorneys for Defendant and
   Counterclaimant The Roman Catholic
   Bishop of San Diego, erroneously sued as
6  The Roman Catholic Diocese of San Diego*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA AND THE CATHOLIC RELIEF INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE ROMAN CATHOLIC DIOCESE OF SAN DIEGO, a Corporation Sole,<br><br>Defendant. | CASE NO.: 3:23-cv-00405<br><br>Hon. Larry Alan Burns<br><br>**PARTIES' JOINT MOTION TO STAY PROCEEDINGS**<br><br>Action Filed: March 3, 2023<br>Trial Date: Not Set |
| THE ROMAN CATHOLIC BISHOP OF SAN DIEGO, a Corporation Sole,<br><br>Counterclaimant,<br><br>v.<br><br>THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA AND THE CATHOLIC RELIEF INSURANCE COMPANY,<br><br>Counter-Defendants. | |

**JOINT MOTION TO STAY PROCEEDINGS**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs and Counter-Defendants The Catholic Mutual Relief Society of America and The Catholic Relief Insurance Company (together, "Catholic Mutual") and Defendant and Counterclaimant The Roman Catholic Bishop of San Diego, erroneously sued herein as The Roman Catholic Diocese of San Diego ("Defendant" or the "Bishop") (collectively, the "Parties") jointly will and hereby do move the Court pursuant to the Parties' Stipulation, in accordance with Civil Local Rule 7.2, for an order staying this action through September 29, 2023.

The Parties bring this motion in light of ongoing developments in the cases that underlie this insurance coverage action and the Bishop's intention to file for Chapter 11 bankruptcy protection in order to provide for a full and equitable resolution of the pending sexual abuse claims and continue its religious and charitable missions. This case involves insurance coverage for over four hundred underlying sexual abuse claims asserting liability against Defendant. Catholic Mutual contends that it wishes to seek discovery in this action pertaining to these underlying claims and that the urgency of such discovery has been driven in part by the trial date of the first-scheduled of the underlying cases in San Diego Superior Court (which is overseeing the underlying cases), *Roe 74*. However, the trial date for *Roe 74* was recently continued to September 29, 2023. Moreover, the parties are currently engaged in private mediation regarding several of the issues underlying this lawsuit, and a stay will allow time for the parties to pursue that mediation.

The Bishop has publicly announced the Bishop's intention to file for Chapter 11 bankruptcy protection this year to provide a full and equitable resolution for all sex abuse claims and continue its religious and charitable missions. As the Bishop informed the San Diego Superior Court, the Bishop intends to file for such protection in early November 2023.

1

**PARTIES' JOINT MOTION TO STAY PROCEEDINGS**

Upon the bankruptcy filing, the instant action will be stayed by operation of bankruptcy law. Accordingly, in the interests of judicial economy and in light of the diminished need for urgent discovery asserted by Catholic Mutual, the parties have agreed to stay all proceedings in this action at least until the current trial date for *Roe 74*, which is September 29, 2023.[1]

For these reasons, good cause exists to stay the instant action until at least September 29, 2023 to avoid wasting judicial time and resources. The Parties accordingly jointly move the Court to enter a stay of these proceedings until September 29, 2023.

DATED: June 29, 2023      **ARENTFOX SCHIFF LLP**

By: s/ Matthew B. Mock
Matthew B. Mock
Everett J. Cygal
David M. Spector
Catherine M. Masters
Daniel J. Schufreider

*Attorneys for Plaintiffs and Counter-Defendants The Catholic Mutual Relief Society of America and The Catholic Relief Insurance Company*

DATED: June 29, 2023      **BLANK ROME LLP**

By: s/ David A. Thomas
David A. Thomas

*Attorneys for Defendant and Counterclaimant The Roman Catholic Bishop of San Diego, erroneously sued as The Roman Catholic Diocese of San Diego*

---

[1] The Bishop reserves all rights to move for a stay pursuant to *Montrose Chemical Corp. v. Superior Court*, 6 Cal. 4th 287 (1993), and its progeny in the event the Court denies the instant motion. Catholic Mutual takes no position on such a *Montrose* stay at this juncture.

## CERTIFICATION

The undersigned filer hereby certifies that the undersigned has obtained authorization for the electronic signatures of all parties on this document.

s/ David A. Thomas
David A. Thomas
