UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA; and THE CATHOLIC RELIEF INSURANCE COMPANY,<br><br>                              Plaintiffs,<br><br>v.<br><br>THE ROMAN CATHOLIC BISHOP OF SAN DIEGO,<br><br>                              Defendant. | Case No.:  23-cv-00405-DMS-MMP<br><br>**ORDER VACATING HEARING DUE TO AUTOMATIC STAY** |
| THE ROMAN CATHOLIC BISHOP OF SAN DIEGO,<br><br>                              Counterclaimant,<br><br>v.<br><br>THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA,<br><br>                              Counter-Defendant. | |

On June 17, 2024, Defendant and Counterclaimant The Roman Catholic Bishop of San Diego ("RCBSD") filed a voluntary petition for relief under Chapter 11 of the

1

Bankruptcy Code, 11 U.S.C. §§ 1101 et seq.  The commencement of this bankruptcy action "operates as a stay, applicable to all entities, of … the commencement or continuation … of a judicial, administrative, or other action or proceeding against the debtor that was … commenced before the commencement of" the bankruptcy action.  11 U.S.C. § 362(a)(1). Accordingly, the above caption action is **STAYED** and the hearing on RCBSD's pending motion to stay proceedings (ECF No. 56) currently scheduled for June 28, 2024, is **VACATED**.

 **IT IS SO ORDERED.**

Dated:  June 21, 2024

Hon. Dana M. Sabraw, Chief Judge
United States District Court